# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3753
_____

Justin Eginoire, as parent and next friend of J.E.E. minor Next friend; Jessica Eginoire, as parent and next friend of J.E.E. minor Next friend J.E.E.

Plaintiffs - Appellants

v.

Indianola Community School District; Craig Sexton; Ron Lorenz

Defendants - Appellees

Brenda Miller, Next friend T.M.; Jesse Miller, Next friend T.M.

Defendants

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:16-cv-00567-CRW)
_____

## JUDGMENT

Before KELLY, MELLOY, and STRAS, Circuit Judges.

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The case is removed from the September 2019 oral argument calendar.

The Court's mandate shall issue forthwith.

September 20, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans